UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

          Plaintiff,

    v.

EN SOTH, et al.,

          Defendants.

                                   /

NO. CIV. S-11-2332 LKK/GGH

O R D E R

    On September 2, 2011, Plaintiff Scott Johnson filed a complaint for preliminary and permanent injunctive relief, declaratory relief, and monetary relief against Defendants En Soth, Daniel W. Grigsby, Steve Nguyen, and Trung Nguyen. Compl., ECF No. 1.

    On November 3, 2011, Plaintiff requested the Clerk of the Court to enter default in this action against Defendant En Soth "on the ground that this Defendant has failed to appear, plead, defend, reply, or otherwise respond to the Complaint." Pl's Req., ECF No. 10.

    On November 4, 2011, the Clerk of the Court entered default

1

1 against Defendant En Soth.  Entry of Default, ECF No. 11.

2     On November 14,, 2011, Defendant En Soth, appearing pro se,

3 requested that the court set aside default, Def's Req., ECF No. 15,

4 which Plaintiff does not oppose, Pl's Non-Opp'n, ECF No. 19.

5     The Clerk's entry of default, ECF No. 11, is hereby VACATED.

6     IT IS SO ORDERED.

7     DATED:  January 23, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2